UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACNET SERVICES LTD., | )<br>)<br>) |
| Plaintiff-in-Interpleader, | )<br>) |
| v. | ) C.A. No.: 1:17-cv-06027<br>) |
| OFFICE OF FOREIGN ASSETS CONTROL of the<br>UNITED STATES DEPARTMENT OF TREASURY;<br>and JOHN DOE DEFENDANTS 1-73; | )<br>)<br>)<br>) |
| Defendants/Claimants-in-Interpleader | )<br>) |
| v. | )<br>) |
| DARTMOUTH CAPITAL, LLC, | )<br>) |
| Intervenor. | )<br>) |

**NOTICE OF WITHDRAWAL**
**OF DARTMOUTH CAPITAL LLC'S MOTION TO INTERVENE**

Dartmouth Capital, LLC ("Dartmouth"), by and through counsel, hereby gives notice of withdrawal of its Motion to Intervene, filed in this action on November 16, 2017 (ECF Nos. 20 & 21), and granted by this Court on December 7, 2017 (ECF No. 27). As reason therefore, Dartmouth states that PacNet Services, Ltd. ("PacNet") has remitted payment of all amounts due to Dartmouth. As a result, Dartmouth no longer has an interest in the Interpleader Fund, which is the subject of the instant action, and therefore no longer seeks to intervene in this action.

1

Respectfully submitted,

*/s/ William J. Lovett*
Elizabeth R. Carr (EDNY Bar No. EC5625)
William J. Lovett (admitted *pro hac vice*)
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 371-1000
elizabeth.pignatelli@hoganlovells.com
william.lovett@hoganlovells.com

Dated: December 21, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I further certify that paper copies of the foregoing document was served by U.S. mail on the United States Treasury, Office of Foreign Asset Control, Treasury Annex, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 and on Rukhsanah Singh. Esq., Assistant U.S. Attorney, Eastern District of New York, 271 Cadman Plaza East, 7th Floor Brooklyn, New York 11201 on December 21, 2017.

*/s/ William J. Lovett*
William J. Lovett

\\BOS - 020157/000001 - 1047669 v1