# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACNET SERVICES LTD., <br><br> Plaintiff-in-Interpleader, <br><br> v. <br><br> OFFICE OF FOREIGN ASSETS CONTROL of the UNITED STATES DEPARTMENT OF THE TREASURY; et al., <br><br> Defendants/Claimants-in-Interpleader. | Civil Action No.: 17-cv-06027 |

## GEORGE R. CALHOUN'S DECLARATION OF SERVICE OF PROCESS

I, George R. Calhoun, declare under penalty of perjury as follows:

1. I am a member of Ifrah PLLC and serve as counsel for PacNet Services Ltd. ("PacNet") in the instant matter.

2. This declaration is based on personal knowledge of the matters set forth herein.

3. On October 25, 2017, I served the Office of Foreign Assets Control of the United States Department of the Treasury by serving a true copy of the Summons in a Civil Action and Complaint in Interpleader by United States Postal Service Certified Mail on the following:

   a. Attorney General of the United States, United States Department of Justice, at 950 Pennsylvania Avenue NW, Washington DC 20530-0001, which was received on October 30, 2017;

   b. Office of Foreign Assets Control, United States Department of Treasury, at 1500 Pennsylvania Avenue NW, Washington DC, 20220, which was received on November 1, 2017; and

   c. United States Attorney for the Eastern District of New York C/O Tanisha

Payne, Assistant United States Attorney, at 271 Cadman Plaza East, Brooklyn, NY 11201, which was received on October 30, 2017.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: December 22, 2017 　　　　　　　　　*/s/ George R. Calhoun*　　　　　　
　　　　　　　　　　　　　　　　　　　　　George R. Calhoun