

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 22, 2017

By ECF

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    PacNet Services Ltd. v. Office of Foreign Assets Control of the U.S. Department of the Treasury, John Doe Defendants 1-73
              No. 17-CV-6027 (Garaufis, J.) (Bloom, M.J.)

Dear Judge Garaufis:

      This Office represents the Office of Foreign Assets Control of the United States Department of the Treasury ("OFAC"), in the above-referenced action. OFAC writes to respectfully request that its time to respond to the Complaint in Interpleader be extended from December 29, 2017 to January 28, 2018.

      By way of brief background, on October 16, 2017, Plaintiff-in-Interpleader PacNet Services Ltd. ("PacNet") filed a Complaint in Interpleader pursuant to 28 U.S.C. § 1335(a), against OFAC and 73 John Doe Defendants/Claimants-in-Interpleader, seeking to compel defendants/claimants-in-interpleader to litigate their clams, if any, between themselves for the Interpleader Fund. *See* Dkt. No. 1. PacNet served this Office with the Complaint on October 30, 2017, making Defendant's response due December 29, 2017. *See* Fed. R. Civ. P. 12(a)(2).

      OFAC respectfully requests a thirty (30) day extension of its time to respond to the Complaint from December 29, 2017 to January 28, 2018 because this matter was recently assigned to the undersigned, who will be on pre-scheduled leave next week, and the requested extension would permit additional time necessary for this Office to coordinate with OFAC to formulate its response to the Complaint.

      Counsel for PacNet has consented to an extension of OFAC's time to respond to the Complaint only to January 8, 2018, and does not consent to an extension beyond that date. This is OFAC's first request for an extension in this matter, and the requested extension does not affect any other currently scheduled dates in this action.

We thank the Court for Your Honor's consideration of this submission.

                                        Respectfully submitted,

                                        BRIDGET M. ROHDE
                                        Acting United States Attorney

By:    *s/Rukhsanah L. Singh*
           Rukhsanah L. Singh
           Assistant U.S. Attorney
           (718) 254-6498
           rukhsanah.singh@usdoj.gov

cc: All Counsel of Record (by ECF)