**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PACNET SERVICES LTD.,** | |
|       **Plaintiff-in-Interpleader,** | |
| **vs.** | **Civil Action No. 1:17-cv-06027** |
| **OFFICE OF FOREIGN ASSETS CONTROL of the UNITED STATES DEPARTMENT OF THE TREASURY; JOHN DOE DEFENDANTS 1-73,** | |
|       **Defendants/Claimants-in-Interpleader.** | |

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the attached affidavit of movant in support of this motion and the Certificate of Good Standing attached thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Kennyhertz Perry, LLC and a member in good standing of the bar of the State of Missouri, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants/Claimants-in-Interpleader John Does 47, 50, and 71. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: December 28, 2017

_____
Braden M. Perry (EDNY. Bar No. BP8492)
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Phone: (816) 527-9447
Fax: (855) 844-2914
braden@kennyhertzperry.com
Counsel for Defendants/Claimants-in-
Interpleader John Does 47, 50, and 71

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York using the CM/ECF system, which will provide notification to all counsel of record, and I hereby certify that a copy will be sent via U.S. Mail, on the United States Treasury, Office of Foreign Asset Control, Treasury Annex, 1500 Pennsylvania Avenue, NW, Washington, DC 20220.

_____
Braden M. Perry (EDNY. Bar No. BP8492)
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Phone: (816) 527-9447
Fax: (855) 844-2914
braden@kennyhertzperry.com
Counsel for Defendants/Claimants-in-
Interpleader John Does 47, 50, and 71.