# EXHIBIT C

## to Otter Mist's Answer and Affirmative Claim dated February 15, 2018

## Transaction Detail Report: 2016-10-11

**Account:** 1601343
**Name:** Global Awards
**Currency:** CAD - Canadian Dollar

**Holding Entity:** Otter Mist Trading
**Providing Entity:** PacNet Americas

| | | | | | |
|---|---|---|---|---|---|
| **Opening Available Balance** | 27,391.11 | **Opening Balance** | 28,356.95 | **Opening Holdback** | 965.84 |
| | | Credits | 0.00 | Credits | 0.00 |
| | | Debits | 75.00 | Debits | 0.00 |
| **Closing Available Balance** | 27,316.11 | **Closing Balance** | 28,281.95 | **Closing Holdback** | 965.84 |

( 2 results )

| Description | Cost | Qty | Type | Cur. | Amount | Rate | Credits | Debits | Holdback |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 75.00 | |
| **Return Items** | | 1 | **Returned Debit** | **CAD** | 50.00 | | | 50.00 | |
| Return Items | 25 | 1 | Return Fee | CAD | 25.00 | | | 25.00 | |

Please notify PacNet Services Ltd. within 30 days of this report date of any errors, omissions and/or discrepancies. Failure to do so will amount to your conclusive agreement with the entries as shown on the report. PacNet Services Ltd. reserves the right to make any adjustments regarding these entries after 30 days.