UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACNET SERVICES LTD., <br><br> Plaintiff-in-Interpleader, <br><br> v. <br><br> OFFICE OF FOREIGN ASSETS CONTROL of the UNITED STATES DEPARTMENT OF THE TREASURY; JOHN DOE DEFENDANTS 1-73, <br><br> Defendants/Claimants-in-Interpleader. | Case No. 1:17-cv-06027-NGG-LB <br><br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Claimant-in-Interpleader Otter Mist 1096 CC discloses that it has no corporate parent and that no public company owns 10% or more of its stock.

Dated:  February 16, 2018                                    __/s Mark S. Pincus_____
                                                                             Mark S. Pincus
                                                                             PINCUS LAW LLC
                                                                             One Liberty Plaza, 35th Floor
                                                                             New York, New York 10006
                                                                             (212) 962-2900
                                                                             mark@pincus-law.com
                                                                             *Attorneys for Defendant/Claimant-in-Interpleader Otter Mist Trading 1096 CC*