

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th Floor*
*Brooklyn, New York, 11201*

February 27, 2018

<u>By Federal Express</u>
<u>Electronically Filed</u>

A. Jeff Ifrah
George R. Calhoun
IFRAH LAW
1717 Pennsylvania Avenue, NW, Suite 650
Washington, D.C. 20006

Steven W. Pelak
Michael J. O'Leary
HOLLAND & HART LLP
975 F Street NW, Suite 900
Washington, D.C. 20004

      Re:    PacNet Services Ltd. v. Office of Foreign Assets Control of the U.S. Department of the Treasury, John Doe Defendants 1-73
            <u>No. 17-CV-6027 (Garaufis, J.) (Bloom, M.J.)</u>

Dear Counsel:

      This Office represents the Office of Foreign Assets Control of the United States Department of the Treasury ("OFAC") in connection with the above-referenced action. Enclosed please find the following in support of OFAC's Motion to Dismiss for Lack of Subject Matter Jurisdiction:

- Notice of Motion;

- Memorandum of Law in Support of OFAC's Motion to Dismiss;

- Declaration of Assistant U.S. Attorney Rukhsanah Singh, with exhibit annexed thereto.

      Pursuant to the Court's Individual Rules, once the motion is fully briefed, OFAC will file the full set of motion papers on ECF and will provide the Court with a full set of courtesy copies of the motion papers. Please provide the undersigned with a courtesy copy of any response to this motion for submission to the Court.

February 27, 2018
Page 2

    Thank you for your attention to this matter.

                                              Very truly yours,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

                              By:    *s/Rukhsanah L. Singh*
                                              RUKHSANAH L. SINGH
                                              Assistant United States Attorney
                                              (718) 254-6498
                                              rukhsanah.singh@usdoj.gov

Enclosures

cc: [*By Federal Express*]

    Michael J. Grohs
    SAIBER LLC
    18 Columbia Turnpike, Suite 200
    Florham Park, New Jersey 07932-2226

    *Attorneys for Defendants/Claimants-in-Interpleader,*
    *Continental Mail Processing BV, and*
    *International Multi-Media Entertainments Limited*

    Mark S. Pincus
    PINCUS LAW LLC
    One Liberty Plaza, 35th Floor
    New York, New York 10006

    *Attorneys for Defendant/Claimant-in-Interpleader,*
    *Otter Mist Trading 1096 CC*

    Gabrielle Levin
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, New York 10166

    Jeffrey S. Rosenberg
    Avi Garbow
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Ave., N.W.
    Washington, D.C. 20036

    *Attorneys for Intervenor International Payout Systems, Inc.*