

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East, 7th Floor
Brooklyn, New York, 11201

July 16, 2018

<u>By Federal Express</u>
<u>Electronically Filed</u>

Gabrielle Levin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166

Jeffrey S. Rosenberg
Avi Garbow
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

Re:   PacNet Services Ltd. v. Office of Foreign Assets Control of the U.S.
Department of the Treasury, John Doe Defendants 1-73
<u>No. 17-CV-6027 (Garaufis, J.) (Bloom, M.J.)</u>

Dear Counsel:

This Office represents the Office of Foreign Assets Control of the United States Department of the Treasury ("OFAC") in connection with the above-referenced action. Enclosed please find OFAC's Memorandum of Law in Opposition to International Payout Systems, Inc.'s Memorandum of Law in Support of PacNet Service Ltd.'s Motion for an Order to Show Cause and for Sanctions.

Thank you for your attention to this matter.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   <u>*s/Rukhsanah L. Singh*</u>
RUKHSANAH L. SINGH
Assistant United States Attorney
(718) 254-6498
rukhsanah.singh@usdoj.gov

Enclosure

July 16, 2018
Page 2


cc: [*By Federal Express*]

    A. Jeff Ifrah
    George R. Calhoun
    IFRAH LAW
    1717 Pennsylvania Avenue, NW, Suite 650
    Washington, D.C. 20006

    Steven W. Pelak
    Michael J. O'Leary
    HOLLAND & HART LLP
    975 F Street NW, Suite 900
    Washington, D.C. 20004

    *Attorneys for Plaintiff-in-Interpleader,*
    *PacNet Services Ltd.*

    Michael J. Grohs
    SAIBER LLC
    18 Columbia Turnpike, Suite 200
    Florham Park, New Jersey 07932-2226

    *Attorneys for Defendants/Claimants-in-Interpleader,*
    *Continental Mail Processing BV, and*
    *International Multi-Media Entertainments Limited*

    Mark S. Pincus
    PINCUS LAW LLC
    90 Broad Street, 23d Floor
    New York, New York 10004

    *Attorneys for Defendant/Claimant-in-Interpleader,*
    *Otter Mist Trading 1096 CC*